UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: Colleen Beth Higgins | ) | Case No.: 16-30731-KLP |
| | ) | |
| Debtor. | ) | Chapter 13 |
| | ) | |

## DEBTOR'S LIST OF PROPOSED EXHIBITS

EXHIBIT A    Henrico County Juvenile and Domestic Relations General District Court ORDER dated March 31, 2021 dismissing show cause against Debtor

EXHIBIT B    Email dated April 16, 2021 from Laurie Pearce to Debtor stating she has a credit of $57.89 over overpayment of medical costs for their child incurred between 11/14/18 and 9/14/20.

EXHIBIT C    Email date April 19, 2021 from Debtor to Laurie Pearce stating all medical costs owed by her to him for their child are current and further alleging he owes money to her for unpaid medical bills she paid for their child and further alleging he admitted this in Henrico County JDR GDC on March 31, 2021.


Colleen Beth Higgins

/s/ Brett Alexander Zwerdling
Counsel

### Certificate of Service

I hereby certify that on April 19, 2021 a true copy of the foregoing was emailed, or electronically served, upon the following:

Office of the U.S. Trustee                    Laurie Pearce at lp23294us@yahoo.com
701 E. Broad St, Room 4304
Richmond, VA  23219

Suzanne E. Wade, 13 Trustee
P.O. Box 1780
Richmond, VA 23218

/s/ Brett Alexander Zwerdling

Brett Alexander Zwerdling, VBN 39569
Zwerdling, Oppleman, Adams & Gayle
5020 Monument Avenue
Richmond, VA  23230
(804) 355-5719  Fax (804) 355-1597
bzwerdling@zandolaw.com

## ORDER
Commonwealth of Virginia

Case No. JA085382-01-04

HENRICO COUNTY J&DR- ADULT ............................................................ Juvenile and Domestic Relations District Court

PEARCE, LAURIE JOHN  v/In re:  HIGGINS, COLLEEN BETH

THE FOLLOWING PARTIES WERE PRESENT:

[ ] Juvenile   [ ] Attorney: ..........................................   [ ] Probation Officer ..........................................

[ ] Guardian ad Litem ..........................................

[ ] Parent ..........................................   [ ] Parent ..........................................
   [ ] MOTHER  [ ] FATHER          [ ] MOTHER  [ ] FATHER

[ ] Guardian ..........................................   [ ] Other ..........................................

[X] Petitioner/Complainant   [X] Attorney: South

[X] Respondent/Defendant   [X] Attorney: Henley

[ ] Commonwealth's Attorney: ..........................................   [ ]

Type of Case:
[ ] Felony  [ ] Misdemeanor  [ ] CHINS  [ ] Custody  [ ] Visitation  [X] Support  [ ] Foster Care  [ ] Other

Type of Hearing:
[ ] Determination/Appointment of Counsel  [ ] Detention Hearing  [ ] Transfer Hearing
[ ] Adjudicatory Hearing  [ ] Disposition Hearing  [ ] Continuance  [ ] Review  [ ] Preliminary Hearing
[ ] Show Cause  [ ] Trial  [ ] Motion  [ ] ..........................................

PLEA: ..........................................

FINDINGS OF THE COURT:
THE SHOW CAUSE IS DISMISSED AS MOTHER PAID SLIGHTLY MORE THAN THE $420.38 OWED IN THIS CASE. THE PARTIES STIPULATE THAT ALL UNINSURED MEDICAL COSTS FROM NOVEMBER 14, 2018 THROUGH SEPTEMBER 14, 2020 HAVE BEEN PAID IN FULL. THIS DOES NOT IN ANY MANNER PROHIBIT THE ATTEMPT TO COLLECT COSTS OWED OUTSIDE OF THIS TIME PERIOD.

IT IS ORDERED THAT:
THE COURT FINDS THAT FATHER CONSISTENTLY SENT MOTHER EXPENSES VIA EMAIL AND IN EACH EMAIL ADDED ANY NEW BILLS OVER MANY MONTHS. WHILE MOTHER TODAY CLAIMS THAT SHE DID NOT PAY DUE TO WHAT SHE BELIEVED WERE OFFSETTING AMOUNTS OWED TO HER, SHE NEVER GAVE THAT RESPONSE TO FATHER. THEREFORE THE COURT DOES FIND SHE REFUSED TO PAY BUT THAT SHE CURED THE SHOW CAUSE PRIOR TO COURT THUS, THE SHOW CAUSE IS DISMISSED. THE COURT HEREBY ORDERS EACH PARTY TO PAY UNPAID MEDICAL EXPENSES WHICH ARE PROVIDED WITH DOCUMENTATION IN THE FORM OF A BILL WITHIN 30 DAYS OF RECEIPT OF SUCH BILL. MOTHER HAS THE INSURANCE ON THE CHILD. THEREFORE, MOTHER IS NOT ENTITLED TO AN EXPLANATION OF BENEFITS FROM THE FATHER AS SHE HAS THE MOST ACCESS TO THE INSURANCE COMPANY. MOTHER IS TO ENSURE THE INSURANCE COMPANY GIVES ACCESS TO FATHER, THE LEGAL CUSTODIAN, OF ALL EXPLANATION OF BENEFITS AND BENEFIT INFORMATION. NEITHER PARTY MAY DECLINE TO PAY ANY EXPENSES FROM TODAY FORWARD BASED ON A CLAIM OF OFFSETTING DEBT OWED TO THEM. THEY MUST PURSUE ANY ALLEGED PRIOR DEBTS IN A SEPARATE PROCEEDING. A FAILURE TO PAY WITHIN THE 30 DAY PERIOD MAY RESULT IN A FINDING OF CONTEMPT. THE COURT NOTES THAT THIS COURT HAS ONLY SPECIFIC JURISDICTION FOR FINANCIAL DEBTS BETWEEN PARTIES. THE DEBT OF PRIOR litigation expenses which a medical provider inappropriately added to the child's medical records and is disputed by the parties is beyond the jurisdiction of this court.

This case is continued to: ..........................................

03/31/2021
DATE

Margaret W Reed
JUDGE

FORM DC-570 REVISED 11/16

# Gmail

Colleen Higgins <cailin.higgins@gmail.com>

---

## medical bills
2 messages

---

**laurie pearce** <lp23294@yahoo.com>   Fri, Apr 16, 2021 at 3:10 PM
To: Colleen Higgins <cailin.higgins@gmail.com>

Colleen

per the court order Bills dated between November 14, 2018 and September 14, 2020 were $420.38. I received payments from you in the amount of $478.27 which leaves you with a credit of $57.89

Attached are three medical payments since 14 sept 2020:

| Date | Amount | Provider | % | Portion |
|---|---|---|---|---|
| 6-Nov-20 | $25.00 | Henrico mental health | 47% | $11.75 |
| 10-Nov-20 | $378.00 | Gardener ortho | 47% | $177.66 |
| 10-Nov-20 | $117.60 | Richmond pediatric dentistry | 47% | $55.27 |
| 20-Mar-21 | $10.00 | refund $10 richmond pediatric | 47% | -$4.70 |

Your portion is $239.98 minus $57.89 credit = $182.09

Also please let me know when you have added me as an authorized user to zoes medical insurerance.

---

3 attachments



IMG_0001.jpg
2201K



IMG_0002.jpg
1105K

IMG_0003.jpg
263K



**Colleen Higgins** <cailin.higgins@gmail.com>   Mon, Apr 19, 2021 at 11:06 AM
To: laurie pearce <lp23294@yahoo.com>

Laurie,

Please see my attached claims in the letter and emails for reimbursement to me by you for medical bills as per the child support order. You owed these to me presently. I ask that you reimburse me.

You made false claims in court that made it into the order of March 31, 2021, that you knew at the time were false (see attached), and my attorney did not present rebuttal evidence or refute your false claims in court.

You were notified numerous times, including federal court, of the unpaid claims owed to me by you and that are still unpaid.

You also have had access to Anthem information and I confirmed access again via email recently, yet you continued to make the false claim that you did not have access to insurance information.

These claims presented in this email have been paid as you are aware and that you acknowledged and accepted them in court Mar. 31, 2021.

I made HMH payments that >equal this amount. Also, there is no copay for HMH services in 2020 April, July, August, September, October, November. The copay is listed as $0 for these appointments.

Sincerely,
Colleen
[Quoted text hidden]

**4 attachments**

- Email to LP Anthem Access.pdf
  55K
- DELIVERED Letter to Pearce 24 Mar 2021 Schow Cause settle20210324.pdf
  2798K
- Email to LP July 1 2020 claims medical.pdf
  111K
- Email to LP Oct 29 2020 claims medical.pdf
  110K

 Gmail

Colleen Higgins <cailin.higgins@gmail.com>

## Anthem
1 message

**Colleen Higgins** <cailin.higgins@gmail.com>  Fri, Mar 26, 2021 at 8:59 AM
To: Laurie Pearce <lp23294@yahoo.com>

Laurie

You have had access to Zoe's anthem information. You can follow up with anthem to check on processing of forms. Also Gardner Orthodontics filed services to Delta Dental and will refund or apply as credit on the account for future services.

Colleen