UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re:  Colleen Beth Higgins | ) | Case No.: 16-30731-KLP |
| | ) | |
| Debtor. | ) | Chapter 13 |
| | ) | |

DEBTOR'S PROPOSED EXHIBIT LIST

Your Debtor proposes the following exhibits related to the Motion to Dismiss Case filed by Laurie Pearce:

| | |
|---|---|
| EXHIBIT A | DEBTOR'S CHART OF PAYMENTS TO MOVANT |
| EXHIBIT B | SPREADSHEET DOWNLOADED FROM ANTHEM INSURANCE SHOWING CLAIMS AND CO-PAYS ALLEGED BY MOVANT |
| EXHIBIT C | REPORT DOWNLOADED FROM ANTHEM INSURANCE SHOWING CLAIMS AND CO-PAYS ALLEGED BY MOVANT |
| EXHIBIT D | REPORT DOWNLOADED FROM DELTA DENTAL INSURANCE SHOWING CLAIM AND CO-PAY ALLEGED BY MOVANT |
| EXHIBIT E | CHECK FROM DEBTOR TO MOVANT SATISFYING ALL MEDICAL CLAIMS MADE BY MOVANT PER HIS DEMAND GMAIL OF APRIL 16, 2021 |
| EXHIBIT F | APRIL 30, 2021 EMAIL FROM DEBTOR TO MOVANT EXPLAINING WHY SHE IS CURRENT ON HER PORTION OF ALL COURT ORDERED MEDICAL PAYMENTS |
| EXHIBIT G | APRIL 30, 2021 PAYMENT RECEIPT OF HENRICO COUNTY MENTAL HEALTH & DEVELOPMENTAL SERVICES FOR PAYMENT OF $50.00 PAID BY DEBTOR (NOT BEING ALLEGED DELIQNUENT BY MOVANT) |

Brett Alexander Zwerdling, VBN 39569
Zwerdling, Oppleman, Adams & Gayle
5020 Monument Avenue
Richmond, VA  23230
(804) 355-5719  Fax (804) 355-1597
bzwerdling@zandolaw.com

| EXHIBIT H | HENRICO JUVENILE AND DOMESTIC RELATIONS COURT ORDER VERIFYING DEBTOR IS CURRENT ON HER MEDICAL PAYMENTS THROUGH SEPTEMBER 14, 2020 |
|---|---|
| EXHIBIT I | APRIL 16, 2021 GMAIL FROM MOVANT TO DEBTOR ALLEGING MEDICAL DELINQUENCY OF $182.09 |

Colleen Beth Higgins

/s/ Brett Alexander Zwerdling
Counsel
Certificate of Service

I hereby certify that on May 12, 2021 a true copy of the foregoing was mailed by first class U.S. mail, or electronically served, and emailed as noted upon the following:

Office of the U.S. Trustee
701 E. Broad St, Room 4304
Richmond, VA  23219

Laurie Pearce
2311 Thousand Oaks Drive
Henrico, VA  23294

Suzanne E. Wade, 13 Trustee
P.O. Box 1780
Richmond, VA 23218

And by email to Laurie Pearce at
lp23294us@yahoo.com

/s/ Brett  Alexander Zwerdling

| Date Movant Used | Co-Pay Amount Alleged by Movant | Provider as Listed by Movant | Court Ordered Amount for Debtor | 47% of Alleged Co-Pay | Debtor's Explanation | Amt Owed per Debtor | Date Paid by Debtor | Check # | Date Negotiated by Movant | Total Amt of Check | Evidence |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/6/20 | $25,00 | Henrico Mental Health | 47% | $11.75 | There were no co-pays for Henrico Area Mental Health for Oct / Nov, 2020 - SEE EXHIBITS B and C | $0.00 | | | | | EXHIBITS B & C |
| 11/10/20 | $378.00 | Gardener Orthdontics | 47% | $177.66 | After insurance claim was submitted, the co-pay was reduced to $189,00 SEE EXHIBIT D - 47% of $189,00 is $88.83, which the Debtor paid to Movant | $88.83 | 3/24/21 | 595 | 3/26/21 | $144.10 | EXHIBIT E |
| 11/10/20 | $117,60 | Richmond Pediatric Dentistry | 47% | $55,27 | Amount is undisputed | $55,27 | 3/24/21 | 595 | 3/26/21 | $144,10 | EXHIBIT E |
| 3/20/21 | $10,00 | refund $10 richmond pediatric | 47% | -$4,70 | Debtor does not know what this is / no documentation provided. | | | | | | |
| | | | | | | | | | | | |
| | | | SUBTOTAL | $239.98 | | | | | | | |
| | | | | | | | | | | | |
| | | He mentions a credit of $57,89 for reasons unknown | Less "credit" | -$57,89 | | | | | | | |
| | | | | | | | | | | | |
| | | | TOTAL | $182.09 | | $144.10 | | | | | |
| | | | | | | | | | | | |
| | | | | | EXHIBIT E - Check No, 595 paid to Movant | -$144,10 | | | | | |
| | | | | | | | | | | | |
| | | | | | Amount owed to Movant by Debtor | $0.00 | | | | | |
| | | | | | | | | | | | |
| | | | | | Movant testified at the heaing on April 21, 2021 that he had received a bill the day prior, but to date Debtor has received no information as to what this is. | | | | | | |

| Claim Type | Claim Number | Patient | Service Date | Claim Received | Status | Processed Date | Provided By | Billed | Plan Discount | Allowed | Plan Paid | Deductible | Coinsurance | Copay | Not Covered | Your Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Medical | 2021090DR2077 | Zoe (11/01/2010) | 18-Mar-21 | 31-Mar-21 | Approved | 31-Mar-21 | Henrico Area Mental Healt | $70.00 | $0.00 | $70.00 | $45.00 | $0.00 | $0.00 | $25.00 | $0.00 | $25.00 |
| Medical | 2021064DA1440 | Zoe (11/01/2010) | 29-Jan-21 | 5-Mar-21 | Approved | 6-Mar-21 | Henrico Area Mental Healt | $70.00 | $0.00 | $70.00 | $45.00 | $0.00 | $0.00 | $25.00 | $0.00 | $25.00 |
| Medical | 2021064DA1581 | Zoe (11/01/2010) | 8-Jan-21 | 5-Mar-21 | Approved | 6-Mar-21 | Henrico Area Mental Healt | $70.00 | $0.00 | $70.00 | $45.00 | $0.00 | $0.00 | $25.00 | $0.00 | $25.00 |
| Medical | 2020356EB1929 | Zoe (11/01/2010) | 18-Dec-20 | 21-Dec-20 | Approved | 22-Dec-20 | Pediatric Associates Of R | $149.00 | $27.96 | $121.04 | $121.04 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Pharmacy | 2.03264E+14 | Zoe (11/01/2010) | 21-Nov-20 | Not Available | Approved | 21-Nov-20 | Buford Road Pharmacy | $174.15 | $140.15 | $34.00 | $34.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Medical | 2020309BG2369 | Zoe (11/01/2010) | 21-Oct-20 | 4-Nov-20 | Approved | 4-Nov-20 | Henrico Area Mental Healt | $70.00 | $0.00 | $70.00 | $70.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Medical | 2020309BG1985 | Zoe (11/01/2010) | 9-Oct-20 | 4-Nov-20 | Approved | 4-Nov-20 | Henrico Area Mental Healt | $70.00 | $0.00 | $70.00 | $70.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Medical | 2020309BG2224 | Zoe (11/01/2010) | 2-Oct-20 | 4-Nov-20 | Approved | 4-Nov-20 | Henrico Area Mental Healt | $70.00 | $0.00 | $70.00 | $70.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Medical | 2020275BJ4097 | Zoe (11/01/2010) | 25-Sep-20 | 1-Oct-20 | Approved | 1-Oct-20 | Henrico Area Mental Healt | $70.00 | $0.00 | $70.00 | $70.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

To pay a provider for a balance you owe on a claim, go to Payment & Billing

You are viewing claims for your specified criteria. Use more filters to customize your claims experience.



| Export Claims | |
|---|---|

| Claim Number | |
|---|---|

| Filter Claims | |
|---|---|



**Service Date** 04/29/2021

**Claim Received** 05/03/2021

**Status** Approved
05/07/2021

**Member** Zoe Higgins
(11/01/2010)

**Description** **Medical**
Henrico Area Mental Healt

**In-Network**

Hi, Colleen, I see you're on the Claims page.
Is there anything I can help you wi... **Your Responsibility:** $125.00

**Service Date** 03/18/2021

Feedback

**Claim Received** 03/31/2021

**Status** Approved
03/31/2021

**Member** Zoe Higgins
(11/01/2010)

**Description** **Medical**
Henrico Area Mental Healt

**In-Network** 

**Your Responsibility:** $25.00

---

**Service Date** 01/29/2021

**Claim Received** 03/05/2021

**Status** Approved
03/06/2021

**Member** Zoe Higgins
(11/01/2010)

**Description** **Medical**
Henrico Area Mental Healt

**In-Network** 

**Your Responsibility:** $25.00

---

**Service Date** 01/08/2021

**Claim Received** 03/05/2021

**Status** Approved
03/06/2021

Hi, Colleen, I see you're on the
Claims page.
Is there anything I can help you with?

Feedback

**Member**                                                                    Zoe Higgins
                                                                          (11/01/2010)

**Description**                                                               **Medical**
                                                              Henrico Area Mental Healt

**In-Network**                                                                      👤✓

⌄                                                    **Your Responsibility:** $25.00

---

**Service Date**                                                              12/18/2020

**Claim Received**                                                            12/21/2020

**Status**                                                                    Approved
                                                                              12/22/2020

**Member**                                                                    Zoe Higgins
                                                                          (11/01/2010)

**Description**                                                               **Medical**
                                                              Pediatric Associates Of R

**In-Network**                                                                      👤✓

⌄                                                    **Your Responsibility:** $0.00

---

**Service Date**                                                              11/21/2020

**Claim Received**                                      Hi, Colleen, I see you're on the    Not Available
                                                        Claims page.
**Status**                                              Is there anything I can help you with?    Approved
   ⓘ                                                                          11/21/2020

**Member**                                                                    Zoe Higgins
                                                                          (11/01/2010)

**Description**

**Pharmacy**

Buford Road Pharmacy

**In-Network**

**Your Responsibility:** $0.00

---

**Service Date**                         10/21/2020

**Claim Received**                     11/04/2020

**Status**                               Approved

11/04/2020

**Member**                           Zoe Higgins

(11/01/2010)

**Description**                       **Medical**

Henrico Area Mental Health

**In-Network**

**Your Responsibility:** $0.00

---

**Service Date**                         10/09/2020

**Claim Received**                     11/04/2020

**Status**                               Approved

11/04/2020

Hi, Colleen, I see you're on the Claims page.
Is there anything I can help you with?

**Member**                           Zoe Higgins

(11/01/2010)

**Description**                       **Medical**

Henrico Area Mental Healt

**In-Network**

**Your Responsibility:** $0.00

---

**Service Date**     10/02/2020

**Claim Received**     11/04/2020

**Status**     Approved
11/04/2020

**Member**     Zoe Higgins
(11/01/2010)

**Description**     **Medical**
Henrico Area Mental Heal

**In-Network**

**Your Responsibility:** $0.00

---

**Service Date**     09/25/2020

**Claim Received**     10/01/2020

**Status**     Approved
10/01/2020

**Member**     Zoe Higgins
(11/01/2010)

**Description**     **Medical**
Henrico Area Mental Heal

**In-Network**

Hi, Colleen, I see you're on the Claims page.
Is there anything I can help you with?

**Your Responsibility:** $0.00

Feedback

**Service Date**                                                         08/25/2020

**Claim Received**                                                   09/02/2020

**Status**                                                         Approved
09/03/2020

**Member**                                                Zoe Higgins
(11/01/2010)

**Description**                                            **Medical**
Henrico Area Mental Healt

**In-Network**

Your Responsibility: $0.00

---

**Service Date**                                                07/28/2020

**Claim Received**                                             08/20/2020

**Status**                                                 Approved
08/21/2020

**Member**                                               Zoe Higgins
(11/01/2010)

**Description**                                            **Medical**
Henrico Area Mental Healt

**In-Network**                                Hi, Colleen, I see you're on the
Claims page.
Is there anything I can help you with?[2]
**Your Responsibility:** $0.00

---

**Service Date**                                                07/15/2020

| | |
|---|---|
| Claim Received | 08/20/2020 |
| Status | Approved |
| | 08/21/2020 |
| Member | Zoe Higgins |
| | (11/01/2010) |
| Description | **Medical** |
| | Henrico Area Mental Healt |
| In-Network | |

**Your Responsibility:** $0.00

---

| | |
|---|---|
| Service Date | 06/25/2020 |
| Claim Received | 07/02/2020 |
| Status | Approved |
| | 07/02/2020 |
| Member | Zoe Higgins |
| | (11/01/2010) |
| Description | **Medical** |
| | Henrico Area Mental Healt |
| In-Network | |

**Your Responsibility:** $0.00

Hi, Colleen, I see you're on the Claims page.
Is there anything I can help you with?[2]

| | |
|---|---|
| | 05/19/2020 |
| Service Date | |
| Claim Received | 07/02/2020 |
| | Approved |

Feedback

Claims

**Status**                                                                                                                      07/02/2020

**Member**                                                                                                                  Zoe Higgins
                                                                                                                            (11/01/2010)

**Description**                                                                                                                **Medical**
                                                                                                          Henrico Area Mental Healt

**In-Network**

**Your Responsibility:** $0.00

---

**Service Date**                                                                                                            05/05/2020

**Claim Received**                                                                                                          07/02/2020

**Status**                                                                                                                   Approved
                                                                                                                            07/02/2020

**Member**                                                                                                                  Zoe Higgins
                                                                                                                            (11/01/2010)

**Description**                                                                                                                **Medical**
                                                                                                          Henrico Area Mental Healt

**In-Network**

**Your Responsibility:** $0.00

---

**Service Date**                                                                                                            04/22/2020
                                                                                       Hi, Colleen, I see you're on the
**Claim Received**                                                                     Claims page.                          07/02/2020
                                                                                       Is there anything I can help you with?[2]
**Status**                                                                                                                   Approved
                                                                                                                            07/02/2020

**Member**                                                                                                                  Zoe Higgins
                                                                                                                            (11/01/2010)

Claims

**Description**

**Medical**
Henrico Area Mental Healt

**In-Network**

⌄

**Your Responsibility:** $0.00

---

**Service Date**                                                           04/16/2020

**Claim Received**                                                         07/02/2020

**Status**                                                                  Approved
                                                                           07/02/2020

**Member**                                                                 Zoe Higgins
                                                                          (11/01/2010)

**Description**                                                             **Medical**
                                                               Henrico Area Mental Healt

**In-Network**

⌄

**Your Responsibility:** $0.00

---

**Service Date**                                                           04/16/2020

**Claim Received**                                                         04/18/2020

**Status**                                                                  Approved
Hi, Colleen, I see you're on the                                           04/21/2020
Claims page.
Is there anything I can help you with?                                     Zoe Higgins
                                                                          (11/01/2010)

**Description**                                                             **Medical**
                                                            Bon Secours Pediatric Gas

**In-Network**

Your Responsibility: $0.00

---

**Service Date**                                                    04/02/2020

**Claim Received**                                                  04/15/2020

**Status**                                                          Approved
                                                                    04/20/2020

**Member**                                                          Zoe Higgins
                                                                    (11/01/2010)

**Description**                                                     **Medical**
                                                                    Henrico Area Mental Healt

**In-Network**

Your Responsibility: $0.00

---

**Service Date**                                                    03/16/2020

**Claim Received**                                                  03/23/2020

**Status**                                                          Approved
                                                                    03/23/2020

**Member**                                                          Zoe Higgins
                                                                    (11/01/2010)

Hi, Colleen, I see you're on the
Claims page.
**Description**                                                     **Medical**
Is there anything I can help you with?    Henrico Area Mental Healt

**In-Network**

Your Responsibility: $25.00

**Service Date**                                                        02/28/2020

**Claim Received**                                                   03/09/2020

**Status**                                                                   Approved
                                                                             03/09/2020

**Member**                                                              Zoe Higgins
                                                                             (11/01/2010)

**Description**                                                           **Medical**
                                                             Henrico Area Mental Healt

**In-Network**

**Your Responsibility:** $25.00

---

**Service Date**                                                        01/29/2020

**Claim Received**                                                   02/12/2020

**Status**                                                                   Approved
                                                                             02/13/2020

**Member**                                                              Zoe Higgins
                                                                             (11/01/2010)

Hi, Colleen, I see you're on the
Claims page.

**Description**                                                           **Medical**
Is there anything I can help you with?     Henrico Area Mental Healt

**In-Network**

**Your Responsibility:** $25.00

**Service Date**                                                                     11/27/2019

**Claim Received**                                                                   12/17/2019

**Status**                                                                            Approved
                                                                                     12/20/2019

**Member**                                                                         Zoe Higgins
                                                                                    (11/01/2010)

**Description**                                                                       **Medical**
                                                                         Henrico Area Mental Healt

**In-Network**

⌄                                                            Your Responsibility: $25.00

**Service Date**                                                                     11/05/2019

**Claim Received**                                                                   11/07/2019

**Status**                                                                            Approved
                                                                                     11/08/2019

**Member**                                                                         Zoe Higgins
                                                                                    (11/01/2010)

**Description**                                                                       **Medical**
                                                                             Orthovirginia Inc

Hi, Colleen, I see you're on the
Claims page.
Is there anything I can help you with?

**In-Network**

ⓘ

⌄                                                        Your Responsibility: $68.48

| | |
|---|---|
| **Service Date** | 11/05/2019 |
| **Claim Received** | 11/06/2019 |
| **Status** | Approved 11/07/2019 |
| **Member** | Zoe Higgins (11/01/2010) |
| **Description** | **Medical** Pediatric Associates Of R |
| **In-Network** | |

⌄

**Your Responsibility:** $25.00

| | |
|---|---|
| **Service Date** | 07/29/2019 |
| **Claim Received** | 08/02/2019 |
| **Status** | Approved 08/03/2019 |
| **Member** | Zoe Higgins (11/01/2010) |
| **Description** | **Medical** Pediatric Associates Of R |
| **In-Network** | |

⌄

Hi, Colleen, I see you're on the Claims page.
Is there anything I can help you with?[2]

**Your Responsibility:** $25.00

ⓘ

**All the claims for the selected date range are displayed.**

Resources

## Claim Forms

Access the forms you need to submit or dispute a claim.

Find Forms (forms?deepLinks=true)

### Need Help?

Have a question about your claim? We're here to assist.

Contact Us (contact-us)

Feedback

Enroll in the Identity Protection Program (https://portal.allclearid.com/enrollment/4?PCD=ANTHEMCARES2021/) available to you provided by AllClear ID.

Hi, Colleen, I see you're on the Claims page.
Is there anything I can help you with?[2]

**My Plan:**

| | |
|---|---|
| Name: | **COLLEEN HIGGINS** |
| Group Number: | 00010111111-0000000001-0000000045 |
| ID: | 4242671XU |
| Plan: | PPO/Premier Benefit Network |
| Membership Type: | SUBSCRIBER/CHILD |

**My Recent Dentists:**

| | |
|---|---|
| Name: | **WILLIAM GARDNER**  ▼ |
| Address: | 1206 Willow Lawn Dr Richmond, VA 23226 |
| Contact: | 1-804-282-0505 |

# Claims

Q View Report of All Claims

| SHOWING FROM: | SHOWING TO: | CLAIMS SHOWN FOR: |
|---|---|---|
| 05/12/2020 📅 | 05/12/2021 📅 | **ZOE HIGGINS**  ▼ |

> **Claims for ZOE have $296.60 in total out-of-pocket expenses.**
>
> **Claims for the entire family have $338.60 in total out-of-pocket expenses.**

Q View Claim

| Claim: | 202113001224  **( Paid)** |
|---|---|
| Provider: | **GARDNER, WILLIAM G** ⓘ View contact info |
| Member: | ZOE HIGGINS |

| Date | Code | Procedure | Plan Pays | You Pay |
|---|---|---|---|---|
| 11/23/2020 | D8010 | LIMITED ORTHODONTIC TREATMENT PRIMARY DENTITION | $189.00 | $189.00 |
| | | **Total** | **$189.00** | **$189.00** |





EXHIBIT E

Dr. Colleen Higgins
9601 Iredell Rd
North Chesterfield, VA 23235-2837

595

3/24 20 21

PAY TO THE ORDER OF Laurie Pearce $ 144.10

One hundred forty four — 10/100 DOLLARS

Union Bank and Trust

FOR Medical fee

⑆051403164⑆ 8504654045⑈ 0595

Virginia CU
>251082615<
Date: 3/26/2021

**Brett Zwerdling**

| | |
|---|---|
| **From:** | Colleen Higgins [cailin.higgins@gmail.com] |
| **Sent:** | Friday, April 30, 2021 4:36 PM |
| **To:** | laurie pearce |
| **Subject:** | Re: medical bills |
| **Attachments:** | HMH pd 50 apr30 2021.pdf |

Hello Laurie,

I have reviewed your most recent claims. I have crossed through the ones that are not correct.

~~6-Nov-20      $25.00          Henrico mental health            47%      $11.75~~
~~10-Nov-20    $378.00        Gardener ortho                      47%      $177.66~~
~~10-Nov-20    $117.60        Richmond pediatric dentistry    47%      $55.27~~
20-Mar-21    $10.00          refund $10 richmond pediatric    47%      -$4.70
~~Your portion is $239.98 minus $57.89 credit = $182.09~~

The HMH had $0.00 copay for November 2020. Copays were $0 for HMH 7/2/20-1/1/21. I am not sure what you paid for, but there were no medical charges for Zoe. See below. I paid HMH $50 for 2 copays for DOS 1/29/21 and 3/30/21. **See attached receipt.**

The dentist and orthodontics were already paid to you and explained in my letter and again as follows below. I explained that the Gardner Orthodontics $378 claim after submitting to insurance is reduced to $189. I paid 47% of the $189 which is $88.83. See below. You should follow up and make sure that the office submitted the claim and seek a refund.
You have been clearly presented with this information already 3/24/2021, yet are seeking them <u>again</u> through another court venue. **Currently, you owe me $31.20** which is 53% of the $50 HMH bills I have paid, and the $4.70 refund.

Please see below and stop this harassment.

Sincerely,
Colleen

*****************************
Pearce paid claims 2020 - present                                                                                    pre-insurance

Nov 10 2020                    Gardner Orthodontics                                                                  378.00
Oct 15 2020                    Richmond Pediatric Dentistry
**march 24 2021 paid to pearce**
***********************

**Service Date**
**Claim Received**
**Status**
**Member**
**Description**

                                    **In-Network**

                                                            **Your Responsibility**

List of claims based on the applied filters. For additional information on a claim, select expand information button in the second column

Claim IDAdditional claim detailsService DateClaim ReceivedStatusMemberDescriptionIn-NetworkYour Responsibility

2021090DR2077
03/18/2021
03/31/2021
Approved
ClaimApproved03/31/2021
Zoe Higgins
(11/01/2010)
**Medical**
Henrico Area Mental Healt

                                    Yes

                                                            $25.00

2021064DA1440
01/29/2021
03/05/2021
Approved
ClaimApproved03/06/2021
Zoe Higgins
(11/01/2010)
**Medical**
Henrico Area Mental Healt

Yes

$25.00

2021064DA1581
01/08/2021
03/05/2021
Approved
ClaimApproved03/06/2021
Zoe Higgins
(11/01/2010)
**Medical**
Henrico Area Mental Healt

Yes

$25.00

2020309BG2369
10/21/2020
11/04/2020
Approved
ClaimApproved11/04/2020
Zoe Higgins
(11/01/2010)
**Medical**
Henrico Area Mental Healt

Yes

$0.00

2020309BG1985
10/09/2020
11/04/2020
Approved
ClaimApproved11/04/2020
Zoe Higgins
(11/01/2010)
**Medical**
Henrico Area Mental Healt

Yes

$0.00

2020309BG2224
10/02/2020
11/04/2020
Approved
ClaimApproved11/04/2020
Zoe Higgins
(11/01/2010)
**Medical**
Henrico Area Mental Healt

Yes

$0.00

2020275BJ4097
09/25/2020
10/01/2020
Approved
ClaimApproved10/01/2020
Zoe Higgins
(11/01/2010)
**Medical**
Henrico Area Mental Healt

Yes

$0.00

2020246CS8260

08/25/2020
09/02/2020
Approved
ClaimApproved09/03/2020
Zoe Higgins
(11/01/2010)
**Medical**
Henrico Area Mental Healt

Yes

$0.00

2020233BY6068
07/28/2020
08/20/2020
Approved
ClaimApproved08/21/2020
Zoe Higgins
(11/01/2010)
**Medical**
Henrico Area Mental Healt

Yes

$0.00

2020233BY5319
07/15/2020
08/20/2020
Approved
ClaimApproved08/21/2020
Zoe Higgins
(11/01/2010)
**Medical**
Henrico Area Mental Healt

Yes

$0.00

2020184BB5559
06/25/2020
07/02/2020
Approved
ClaimApproved07/02/2020
Zoe Higgins
(11/01/2010)
**Medical**
Henrico Area Mental Healt

Yes

$0.00

2020184BB5869
05/19/2020
07/02/2020
Approved
ClaimApproved07/02/2020
Zoe Higgins
(11/01/2010)
**Medical**
Henrico Area Mental Healt

Yes

$0.00

2020184BB5336
05/05/2020
07/02/2020

Approved
ClaimApproved07/02/2020
Zoe Higgins
(11/01/2010)
**Medical**
Henrico Area Mental Healt

<div align="center">Yes</div>

<div align="right">$0.00</div>

On Fri, Apr 16, 2021 at 3:10 PM laurie pearce <lp23294@yahoo.com> wrote:
Colleen

per the court order Bills dated between November 14, 2018 and September 14, 2020 were $420.38. I received payments from you in the amount of $478.27 which leaves you with a credit of $57.89

Attached are three medical payments since 14 sept 2020:

| | | | | |
|---|---|---|---|---|
| 6-Nov-20 | $25.00 | Henrico mental health | 47% | $11.75 |
| 10-Nov-20 | $378.00 | Gardener ortho | 47% | $177.66 |
| 10-Nov-20 | $117.60 | Richmond pediatric dentistry | 47% | $55.27 |
| 20-Mar-21 | $10.00 | refund $10 richmond pediatric | 47% | -$4.70 |

Your portion is $239.98 minus $57.89 credit = $182.09

Also please let me know when you have added me as an authorized user to zoes medical insurerance.

 *Henrico County*
V I R G I N I A

---

## Payment Receipt

Your payment has been accepted

---

| | |
|---|---:|
| Confirmation # | 542709465 |
| Payment Type | Mental Health & Developmental Services |
| Account # | |
| Zip Code | |
| Status | Accepted |
| Payment Date | Apr 30, 2021 – 3:07:04 PM |
| Payment Method | *****5045 |
| Payment Amount | $50.00 |

# ORDER
Commonwealth of Virginia

Case No. JA085382-01-04

HENRICO COUNTY J&DR- ADULT .................................................. Juvenile and Domestic Relations District Court

PEARCE, LAURIE JOHN ....................................... *v/In re:* HIGGINS, COLLEEN BETH

THE FOLLOWING PARTIES WERE PRESENT:

[ ] Juvenile    [ ] Attorney: ................................................    [ ] Probation Officer ....................................

[ ] Guardian *ad Litem* ....................................................................................................................

[ ] Parent .......................................................    [ ] Parent ........................................................
      [ ] MOTHER  [ ] FATHER                                            [ ] MOTHER  [ ] FATHER

[ ] Guardian ..................................................    [ ] Other .......................................................

[X] Petitioner/Complainant    [X] Attorney: South

[X] Respondent/Defendant    [X] Attorney: Henley

[ ] Commonwealth's Attorney: ...............................................    [ ] .............................................

Type of Case:
[ ] Felony  [ ] Misdemeanor  [ ] CHINS  [ ] Custody  [ ] Visitation  [X] Support  [ ] Foster Care  [ ] Other

Type of Hearing:
[ ] Determination/Appointment of Counsel  [ ] Detention Hearing  [ ] Transfer Hearing
[ ] Adjudicatory Hearing  [ ] Disposition Hearing  [ ] Continuance  [ ] Review  [ ] Preliminary Hearing
[ ] Show Cause  [ ] Trial  [ ] Motion  [ ] ......................................................................................

PLEA: ......................................................................................................................................

FINDINGS OF THE COURT:
THE SHOW CAUSE IS DISMISSED AS MOTHER PAID SLIGHTLY MORE THAN THE $420.38 OWED IN THIS
CASE. THE PARTIES STIPULATE THAT ALL UNINSURED MEDICAL COSTS FROM NOVEMBER 14, 2018
THROUGH SEPTEMBER 14, 2020 HAVE BEEN PAID IN FULL. THIS DOES NOT IN ANY MANNER PROHIBIT
THE ATTEMPT TO COLLECT COSTS OWED OUTSIDE OF THIS TIME PERIOD.

IT IS ORDERED THAT:
THE COURT FINDS THAT FATHER CONSISTENTLY SENT MOTHER EXPENSES VIA EMAIL AND IN EACH
EMAIL ADDED ANY NEW BILLS OVER MANY MONTHS. WHILE MOTHER TODAY CLAIMS THAT SHE DID
NOT PAY DUE TO WHAT SHE BELIEVED WERE OFFSETTING AMOUNTS OWED TO HER, SHE NEVER GAVE
THAT RESPONSE TO FATHER. THEREFORE THE COURT DOES FIND SHE REFUSED TO PAY BUT THAT SHE
CURED THE SHOW CAUSE PRIOR TO COURT THUS, THE SHOW CAUSE IS DISMISSED. THE COURT HEREBY
ORDERS EACH PARTY TO PAY UNPAID MEDICAL EXPENSES WHICH ARE PROVIDED WITH
DOCUMENTATION IN THE FORM OF A BILL WITHIN 30 DAYS OF RECEIPT OF SUCH BILL. MOTHER HAS
THE INSURANCE ON THE CHILD. THEREFORE, MOTHER IS NOT ENTITLED TO AN EXPLANATION OF
BENEFITS FROM THE FATHER AS SHE HAS THE MOST ACCESS TO THE INSURANCE COMPANY. MOTHER IS
TO ENSURE THE INSURANCE COMPANY GIVES ACCESS TO FATHER, THE LEGAL CUSTODIAN, OF ALL
EXPLANATION OF BENEFITS AND BENEFIT INFORMATION. NEITHER PARTY MAY DECLINE TO PAY ANY
EXPENSES FROM TODAY FORWARD BASED ON A CLAIM OF OFFSETTING DEBT OWED TO THEM. THEY
MUST PURSUE ANY ALLEGED PRIOR DEBTS IN A SEPARATE PROCEEDING. A FAILURE TO PAY WITHIN
THE 30 DAY PERIOD MAY RESULT IN A FINDING OF CONTEMPT. THE COURT NOTES THAT THIS COURT
HAS ONLY SPECIFIC JURISDICTION FOR FINANCIAL DEBTS BETWEEN PARTIES. THE DEBT OF PRIOR
litigation expenses which a medical provider inappropriately added
to the child's medical records and is disputed by the parties
is beyond the jurisdiction of this court.

This case is continued to: ......................................................................................................

03/31/2021
DATE

JUDGE

FORM DC-570 REVISED 11/16

# M Gmail

Colleen Higgins <cailin.higgins@gmail.com>

---

## medical bills

2 messages

---

**laurie pearce** <lp23294@yahoo.com>           Fri, Apr 16, 2021 at 3:10 PM
To: Colleen Higgins <cailin.higgins@gmail.com>

Colleen

per the court order Bills dated between November 14, 2018 and September 14, 2020 were $420.38. I received payments from you in the amount of $478.27 which leaves you with a credit of $57.89

Attached are three medical payments since 14 sept 2020:

| | | | | |
|---|---|---|---|---|
| 6-Nov-20 | $25.00 | Henrico mental health | 47% | $11.75 |
| 10-Nov-20 | $378.00 | Gardener ortho | 47% | $177.66 |
| 10-Nov-20 | $117.60 | Richmond pediatric dentistry | 47% | $55.27 |
| 20-Mar-21 | $10.00 | refund $10 richmond pediatric | 47% | -$4.70 |

Your portion is $239.98 minus $57.89 credit = $182.09

Also please let me know when you have added me as an authorized user to zoes medical insurerance.

---

**3 attachments**


**IMG_0001.jpg**
2201K


**IMG_0002.jpg**
1105K

**IMG_0003.jpg**
263K